**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Luis M Frias Diaz<br><br>Petitioner,<br><br>v.<br><br>Moniz et al<br><br>Respondents. | Civil Action No. 26-cv-13418-MJJ |

**FINAL JUDGMENT**

JOUN, D.J.

In accordance with this Court's Order , Doc. No. 7

Judgment is entered for the Petitioner.

DATED: August 21, 2026

BY THE COURT,

/s/ Sophie Phillips